Argued January 2, decided January 23; modified on rehearing June 25; motion to re-tax costs denied August 14, 1912.

## PORTER *v.* SMALL.

[120 Pac. 398: 124 Pac. 649.]

From Lake: GEORGE NOLAND, Judge.

This is an action by John C. Porter, by James C. Porter, his guardian, against Geo. H. Small. From a judgment dismissing the complaint, plaintiff appeals. AFFIRMED.

For appellant there was a brief over the names of *Mr. Edward B. Watson, Mr. W. J. Moore* and *Mr. Thomas S. Farrell,* with an oral argument by *Mr. Watson.*

For respondent there was a brief over the names of *Mr. W. Lair Thompson, Mr. John A. Carson* and *Mr. J. D. Venator,* with oral arguments by *Mr. Thompson* and *Mr. Carson.*

MR. JUSTICE MCBRIDE delivered the opinion of the court.

This case arises out of the same conditions and is similar in all respects to the case of *Wesley F. Porter et al.* v. *George H. Small,* 62 Or. 574 (120 Pac. 393), just decided; and the reasoning in that case applies equally to this.

On the authority of that decision, the judgment in this case is affirmed. (See 62 Or. 574.)

AFFIRMED: MODIFIED ON REHEARING.